■ In the Matter of FAITH D.A., an Infant. FAITH D.A., Appellant; LEAKE & WATTS SERVICES INC., Respondent; NATASHA A., Respondent. [952 NYS2d 884]—

Petitioner met its burden of proving by clear and convincing evidence that respondent is mentally ill within the meaning of Social Services Law § 384-b (4) (c) and (6) (a) (*see Matter of Joyce T.*, 65 NY2d 39, 50 [1985]; *Matter of Genesis S. [Irene Elizabeth S.]*, 70 AD3d 570 [1st Dept 2010]). The report and testimony from a psychologist who reviewed respondent's medical records and conducted a clinical interview and found that respondent suffers from a personality disorder supports the determination that she is incapable of caring for the child presently and for the foreseeable future.

A separate dispositional hearing was not required since this is a case of termination for mental illness (*see Matter of Joyce T.*, 65 NY2d at 47-50; *Matter of Ashanti A.*, 56 AD3d 373, 373-374 [1st Dept 2008]). Concur—Tom, J.P., Andrias, Renwick, DeGrasse and Richter, JJ.

■ In the Matter of MAXIMINO RIVERA, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents, et al., Respondent. [953 NYS2d 179]— Concur—Mazzarelli, J.P., Moskowitz, Richter, Abdus-Salaam and Feinman, JJ.